UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re:

Miscellaneous Petition to
Substitute Counsel

### ORDER SUBSTITUTING COUNSEL

An Omnibus Motion to Substitute Counsel having been filed by the Boleman Law Firm, P.C., counsel for certain parties listed in the court records for the cases listed on Exhibit A, attached hereto, to substitute Patrick T. Keith for Suzanne E. Wade, as counsel of record. It is hereby

ORDERED that Patrick T. Keith be substituted for Suzanne E. Wade as counsel of record in the cases on the attached list.

Date: _____                    _____

                                                  United States Bankruptcy Judge

Patrick T. Keith (VSB #48446)
Boleman Law Firm, P.C.
2104 W. Laburnum Avenue, Suite 201
P.O. Box 11588
Richmond, Virginia 23230-1588
Telephone (804) 358-9900
Counsel for Debtors

I ask for this:

/s/ **Patrick T. Keith** (VSB# **48446**)
**Patrick T. Keith** (VSB# **48446**)
Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, Virginia 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

## CERTIFICATION

Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

/s/ **Patrick T. Keith**
Counsel for Debtor

Exhibit A

06-30364-DOT Carol Carter Robinson
06-31407-DOT Beverly Rose Patterson
06-31494-DOT Marie Juanita Brown
06-31710-DOT Robert Dale Burnette
06-31764-DOT Caprice Brown
06-31783-DOT Latanya Yvette Redmond
06-31942-DOT Rickie Vernell Garland and Delores Karen Garland
06-32659-DOT Jerald D. Williams and Diane M. Williams
06-33799-DOT Wanda Lynn Street
07-30093-DOT Stephen Michael Templeton and Carole Alice Templeton
07-30362-DOT Howard Jason Grubb and Terri Lynn Grubb
07-30739-DOT William Arnold Fleshood
07-30830-DOT Jonathan Melvin Mitchum
07-31260-DOT Donald Wayne Arbaugh and Mary Evans Arbaugh
07-32069-DOT Brenda Kaye Rawlings
07-32232-DOT Boota Ram Sandhu and Jaswant K. Sandhu
07-32324-DOT Tara Lyn Ciurash
07-32391-DOT Michael Angelo Collins
07-32808-DOT Telisha Marie Anderson
07-32838-DOT Gwendolyn Diane Mayo
07-33052-DOT Brenda Diane Green
07-33759-DOT Glenda Jo-Ann Ashe
07-33888-DOT Olivia Ann Friend
07-33944-DOT David Fortune
07-34036-DOT Morris Burrell Swann
07-34319-DOT Stuart Wayne Dowdy, Sr.
07-34406-DOT Kimberly Barker Kovski
07-34428-DOT Timothy Leon Nelson and Claretha Ann Nelson
07-34429-DOT Jon Thomas Bryant and Donna Kay Bryant
07-34509-DOT Bryan Kevin Coles
07-34612-DOT Stephen E. Clore and Linda M. Clore
07-34825-DOT Cynthia Diane Brunson
07-34889-DOT William Lee Ricks
07-34960-DOT Sterling T Hayden and Stefanie M Hayden
07-34961-DOT Greer E. Fullerton and Bonnie L. Fullerton
08-30126-DOT Charles Franklin Tinney and Yvonne Marie Tinney
08-30198-DOT Steven Paul Rigsby
08-30348-DOT Joe Lewis Cole
08-30468-DOT David Alan Gardner and Sheri Lynn Gardner
08-30552-DOT Sylvia J. Johnson
08-30761-DOT Christopher Thomas Allen and Wanda JoAnn Allen
08-30875-DOT Althea Mae White
08-31010-DOT Kenneth Maynard Cash
08-31053-DOT Erick Brown and Chanta Brown

08-31673-DOT Tracey Sims Robinson
08-31924-DOT Adam Elliott Wilson and Karen Lee Palmer
08-32001-DOT Dwight Leroy Faniel and Josandra Lynne Giles-Faniel
08-32003-DOT Mildred Elaine Pleasants
08-32067-DOT David Wayne Powers and Natalie Joanna Powers
08-32113-DOT Melvin Nathaniel Baker, Jr. and Rose Annia Baker
08-32555-DOT Edward R. Schuster and Kathleen L. Schuster
08-32580-DOT Troy Louis Niel and Kimberly Gunter Niel
08-32686-DOT Sarah Clark Wood
08-32756-DOT Samir H. Alwaseai and Nabilah A.F. Sakr
08-32771-DOT Jermaine Lamont Crawley and Letitia Monique Crawley
08-32990-DOT Martha Ellen Morehouse
08-33162-DOT Clifton Ridell Baylor and Karin Jutta Baylor
08-33185-DOT John Horace Reeves and Kimberley Ann Reeves
08-33320-DOT Berna A. Seabrook
08-33404-DOT Christopher Wayne Kreit
08-33551-DOT John Nicholas Adelman
08-33735-DOT LaQuita Morgan Wiggins
08-33764-DOT John Fitzgerald Robinson and Lisa Merlenia Ashlock-Robinson
08-33948-DOT Louise Robinson
08-34135-DOT Brenda Odaris Henry
08-34405-DOT Sterling Lee Thomas
08-34463-DOT Curtis Dwight Brandon
08-34543-DOT LaTisha Renee Smith
08-34805-DOT Randy Lee Gunn and Lori Suzanne Gunn
08-35042-DOT Cynthia Germaine Dantzler
08-35107-DOT Valerie Yvette Bigger
08-35230-DOT Valerie Fowler Wall
08-35292-DOT Bobby Ray Scott and Rose Wright Scott
08-35302-DOT Audrey Leslie Wilson
08-35510-DOT Stacie Latrese Love
08-35536-DOT Temple Marie Motley
08-35764-DOT Tiffany Siobhan Whitehead
08-35973-DOT Richard Stewart Cockrell
08-36117-DOT Tammy Lynn Drevitch
08-36570-DOT Walter Langston Barnes and Sharon Renay Barnes
09-30017-DOT Anne Brittingham Rivera
09-30209-DOT Nicholas Lewis Caffacus and Karen Elaine Caffacus
09-30298-DOT Gerardo M Rodriguez and Martha A Rodriguez
09-30360-DOT Joshua Keith Sullivan and Catherine Maria Sullivan
09-30402-DOT Michael Elliott West and Sara Saunders West
09-30460-DOT Charlene Marie Morgan-Carr
09-30562-DOT Ernest Michael Allen and Ellen Muskie Allen
09-30698-DOT Charles Edward Wyatt and Sylvia Maureen Wyatt
09-30845-DOT Constance Bland Alexander
09-31357-DOT Howard Sylvester Ramsey and Sandra Darlene Ramsey

09-31488-DOT John Phillip Gaines
09-32093-DOT Jeffrey Carr Cooper
09-32246-DOT Marcus Lyndel Daughtry and Carolyn Minor Daughtry
09-32402-DOT Lewis Milton Bailes
09-32441-DOT Arthenia E. Rachel
09-32558-DOT Edith Cecelia Johnson
09-32899-DOT Bennie Anderson Williams and Athena Jean Williams
09-32952-DOT Walter Robert Cox
09-33920-DOT Josephine Williams Kelly
09-34268-DOT Claude Arnold Jarrell
09-34746-DOT Dianne Christian Jones
09-34795-DOT Stephanie Temika Small
09-35125-DOT Mark Augustus Goode and Rose Marie Sanz-Goode
09-35685-DOT Scott Anthony Johnson and Melody Michelle Johnson
09-35709-DOT Marc Thomas Riccio and Michele Linn Riccio
09-36482-DOT Robert Daryl Barlowe and Shameika Ann Barlowe
09-36843-DOT Regina Carol Eubanks
09-37277-DOT Gregg Thomas Wells and Elizabeth Maureen Wells
09-37495-DOT Anthony Joseph Swain and Carrie Collins Swain
09-38227-DOT Valerie Elaine Hunter
10-30170-DOT Julio Carballal and Kathy Yvonne Carballal
10-30708-DOT Walter Nelson and Dorothy Mae Nelson
10-30783-DOT William Irving Gill and Betty Kathryn Garner-Gill
10-32309-DOT David Alan Penny and Virginia Yates Penny
10-32679-DOT Deborah Johnson Hunt
10-34241-DOT Ronald Lamont Jones and Mercedes Masha Jones
10-34273-DOT Zachary Robert Pauley
10-34563-DOT Clarence Gaye Washington and Tameka Shaunte Washington
10-34580-DOT Barry Faryl Simon
10-34679-DOT Yvette Michelle Rose
10-34701-DOT Doranda Davette Scott
10-34710-DOT Judith Lorraine Jones
10-34760-DOT Isaac Hamilton Forrest and Elizabeth Forrest
10-34962-DOT Paul Henry Trottier and Suzanne Nicole Trottier
10-35041-DOT Beulah Lynette Banks-Harris
10-35067-DOT Ira Dean Washington
10-35149-DOT Lisa Pitts Flora
10-35179-DOT Penny Louise Heisler
10-35376-DOT Teneva Dione Chambers
10-35429-DOT Albert Eugene Martin, Jr. and Tammi Jo Martin
10-35446-DOT Berkeley Graham Morton
10-35490-DOT Margaret Etta Kelly
10-35514-DOT Joseph Kevin Harris
10-35561-DOT Clifton James Ashley and Becky Lynn Ashley
10-35616-DOT Jennifer Roberta Morris
10-35701-DOT Arthur L. Tate

10-35702-DOT Kerri D. Moots
10-35705-DOT Casper Haynes Jarvis
10-35817-DOT Earman Artel Gordon
10-35848-DOT Alma Patricia Wilkerson
10-36119-DOT Stephen Michael Edwards and Amanda Lindsay Edwards
10-36131-DOT Michelle Delores Hawkins
10-36150-DOT Sharon Madsen Wright
10-36208-DOT Patricia Smith Blankenship
10-36304-DOT Peggy Ann Stoots
10-36347-DOT Pamela Ford Powell
10-36359-DOT Kenneth Eugene Wright and Sherry Jean Wright
10-36369-DOT Beverly Ann Crute
10-36403-DOT Ethan Kaleb Rhodenizer and Ashley Lynn Rhodenizer
10-36452-DOT Cornelius George Bennett
10-36615-DOT Janet Baylor Pugh
10-36923-DOT Kimberleigh Allison Murray
10-36985-DOT Shakiya Denise Hill
10-37096-DOT Harry James Rock
10-37149-DOT Russell John Pander and Karen H Pander
10-37213-DOT James Burnett Spearman
10-37305-DOT Zandra Thompson Relaford
10-37463-DOT Michael John Trak and Mary Nabeh Trak
10-37492-DOT Sherrill Carson King and Gwendolyn Turner Edwards
10-37493-DOT David L. Cole and Brenda Susan Cole
10-37517-DOT Sherrie Laverne Minor
10-37518-DOT Brantly M Perry and Milena Morales Perry
10-37527-DOT Jennifer Crews Houston
10-37602-DOT Richard Wayne Perkins and Susan Carol Perkins
10-37609-DOT James Dewitt Cotman, Jr. and Diane Terry Cotman
10-37827-DOT Cheryl Ann Browne
10-37854-DOT Willie Roy Ridley and Pamela Denise Ridley
10-37885-DOT Karmen Dennyce Farina
10-37920-DOT Robert Hughes
10-37979-DOT Frank Johnston
10-38032-DOT Allen L. Collins and Tiffany Danielle Collins
10-38265-DOT Barbara Annette Booker
10-38324-DOT Michael Eugene Vandeloecht and Cathy June Vandeloecht
10-38372-DOT Shamus Albert Jones and Olivia Crawley Jones
10-38389-DOT Regina Cordery Pointer
10-38499-DOT Edward Bernard Saunders
10-38639-DOT Clara Monica Bannister
10-38650-DOT Tashoia Keishawn Miffin
10-38668-DOT Vanessa Bagby Butler
10-38770-DOT Anthony Lopez Cassells
10-38821-DOT Joseph O'Carroll
10-38837-DOT Richard Lawrence Myers and Ashley Allen Myers

10-38852-DOT Mark Steven Smith and Angela Scott Smith
11-30009-DOT Francis A. Davis
11-30033-DOT James H. Starkes
11-30047-DOT Wayne Timothy Davis and LaTorsha Dawn Davis
11-30116-DOT Kimberly Ginnette Hopkins
11-30159-DOT Colden Eugene Elswick and Charla Simmons Elswick
11-30185-DOT Gary Leonard Smith
11-30190-DOT Alphonso Lee Henley
11-30228-DOT Lorenzo Alphonso Hall
11-30282-DOT Luciene Estelle Penny
11-30283-DOT Phillip Warren Deagle and Jane Callis Deagle
11-30316-DOT Norman Willi Fenske
11-30387-DOT Ian Medrano Lucero and Tanya Marie Lucero
11-30467-DOT Charles O'Dell Patterson
11-30503-DOT Donald Rae White
11-30594-DOT Joshua Allen Glass
11-30614-DOT Stephen Walter Daugherty
11-30673-DOT Parmjit Sohi and Yvette Sohi
11-30675-DOT Amber Ileia Powell
11-30688-DOT Shandrolyn Venice Palmer
11-30739-DOT Quincy Lamont Dismuke and D. Suzette Thelma Dismuke
11-30744-DOT Donna Marie Niblack-Spence
11-30823-DOT Melvin H. Williams and Belinda L Williams
11-30829-DOT Angela Yvonne Parham
11-30911-DOT Jerry Lee Washington
11-30921-DOT Lakeysha Tinnecka Johnson
11-30945-DOT Larry Warren Jones
11-31198-DOT O'Dell Glen Vaughan and Catherine Michelle Vaughan
11-31361-DOT Gregory Herbert Starkes
11-31380-DOT Kathleen Saint Jean
11-31595-DOT James Weeks Ball and Laura Jean Heintschel Ball
11-31639-DOT Sue-Jin Rosa
11-31689-DOT Wesley Dwight Gosselin and Lee Chesterman Gosselin
11-31695-DOT Sharon Moore Christian
11-31743-DOT John E. Smith
11-31802-DOT Edgardo Perez and Mildred F. Perez
11-31809-DOT James Wesley Evans
11-31816-DOT Luther Andrew Sexton and Lois E. Sexton
11-31820-DOT Latoya Markell Jackson
11-31861-DOT Tiffany Rose Gordon
11-31862-DOT Milton T. Jackson
11-31912-DOT Billy Ray Harris
11-31920-DOT Halimah Monique Williams
11-31944-DOT Clementine Hamilton Washington
11-31964-DOT James Alexander Wilson and Florence Delores Wilson
11-31965-DOT Joseph Welton Johnson

11-32015-DOT Michelle Gay Tresler
11-32033-DOT Shari Renee Trent
11-32045-DOT Britanica Shaun Jones
11-32091-DOT Erna Rose Clark
11-32242-DOT Donna Marie Nelms
11-32269-DOT Marian Adeline Davis
11-32361-DOT Roger Lee Tyler
11-32409-DOT Darcell D. Brown
11-32424-DOT Michael Jerome Ford
11-32444-DOT Barbara Ann Jones
11-32467-DOT Daryl Anthony Harlow
11-32520-DOT Raymond Red Cloud Owen and Denise Marcela Owen
11-32524-DOT Kathy Janeniece Bey
11-32538-DOT Roni Marcelle Bruce
11-32552-DOT Gwen Eva Kennon-Knick
11-32784-DOT William Anthony Frazier
11-32851-DOT Ardeller Lynette Morris
11-32900-DOT Pamela Ann Ownby
11-33000-DOT Joseph Malcolm Hunter and Robin Johnson Hunter
11-33070-DOT Larinza Ross
11-33074-DOT Carl Mason Spencer and Sheila Ann W Spencer
11-33092-DOT Christopher Scott Bennett and Shari Ann Bennett
11-33105-DOT Brittany Deborah Chandler
11-33222-DOT Rebecca Irma Whittle
11-33224-DOT April Sherrell Jones
11-33253-DOT Kevin Ingram
11-33326-DOT Michelle Lynn Paul
11-33480-DOT Derrick Sylvester Marshall and Ruth Loretta Marshall
11-33511-DOT Patrice May Simpson
11-33512-DOT Charles Edwin Darnell and Betty Denise Darnell
11-33552-DOT Shari Antoinette Harris
11-33575-DOT Curnel Barnette
11-33582-DOT Latisha Linnette Motley
11-33648-DOT Robert Edward Hamm and Kimberly Raye Hamm
11-33685-DOT Walter Alexander Reyes and Michelle Renee Reyes
11-33844-DOT Jimmy Lee Rowland and Joyce Ann Rowland
11-33860-DOT Harrison Lee Hutcherson and Arica Lei Hutcherson
11-33862-DOT Floyd Atwood Hall
11-33890-DOT Henry Carlos and Margaret Ann Carlos
11-33935-DOT Jeffrey Wayne Hawthorne and Bonnie Jannett Hawthorne
11-34113-DOT Wayne Maurice Lewis and Gena Shawn Lewis
11-34132-DOT Gary Allan Rosengaft
11-34158-DOT Phillip Hill Bullard and Cynthia Phillips Bullard
11-34171-DOT Karl Perkins Dyer
11-34294-DOT Robert Lee Sheppard
11-34387-DOT Chiante Rochelle Wester

11-34406-DOT Scott Andrew Asselin and Jennifer Lee Asselin
11-34407-DOT Myles Howard Perper
11-34423-DOT Edmond Paul Cox and Malissa Robin Cox
11-34512-DOT Charles Alfred Briggs
11-34616-DOT Tina Louise Yearwood
11-34644-DOT Dwayne Darrell Scott
11-34690-DOT Brandon Quinn Jackson
11-34926-DOT Tischa LaVonne Givens
11-35190-DOT Marquita Vanora Finney
11-35199-DOT Dawn Udine Howard
11-35233-DOT George William Richardson
11-35344-DOT Peter Michael Kaufman
11-35403-DOT Eldred John Macmillan and Cynthia Evelyn Macmillan
11-35462-DOT Dwayne Geraud Nicholson
11-35463-DOT Raymond Hiawatha Dabney and Jean Rose Dabney
11-36208-DOT Michelle Mae Gunn
11-36366-DOT Alecia Natasha Lampley