UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:   Claude Arnold Jarrell, Jr.                    )          Case No:      09-34268
                                                       )          Chapter 13

## NOTICE OF REQUEST FOR ANNUAL STATEMENT OF INCOME AND EXPENDITURES AND TAX RETURNS

**COMES NOW,** Carl M. Bates, Chapter 13 Trustee, and notifies the Debtor(s) and Debtor(s)' Counsel of his standing request to provide, pursuant to 11 USC § 521 (f) and (g), each year statements, under penalty of perjury, of income and expenditures, to include the amount and source of income, the amount of contribution and identity of the party who contributes to the household in which the debtor resides, and to provide, annually, copies of tax returns.

The sworn statement of income and expenditures, and tax returns are to be sent to his office by the same means of delivery as is required for documents for 341 hearings. It is requested the above be provided each year without further Notice or Request by the Trustee.

Date: May 22, 2012                                     /s/Carl M. Bates
                                                       Carl M. Bates
                                                       Chapter 13 Trustee

### Certificate of Service

I hereby certify that on May 22, 2012, I have mailed or hand-delivered a true copy of the foregoing Notice of Request For Annual Statement of Income And Expenditures And Tax Returns to the debtor(s), Claude Arnold Jarrell, Jr. and electronically sent to debtor's attorney, Deanna H. Hathaway, James M. Flaherty, Esquire, Kathryn E. Smits, Esquire, Laura Taylor Alridge, Edquire, Patrick Thomas Keith, Esquire, ecf@bolemanlaw.com.

                                                       /s/Carl M. Bates
                                                       Carl M. Bates
                                                       Chapter 13 Trustee

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  27815