**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In Re:

**Miscellaneous Petition to
Substitute Counsel**

### ORDER SUBSTITUTING COUNSEL

An Omnibus Motion to Substitute Counsel having been filed by the Boleman Law Firm, P.C., ("Boleman") counsel for certain parties listed in the court records for the cases listed on Exhibit A, attached hereto, to substitute Mark C. Leffler for Deanna H. Hathaway ("Hathaway"), as counsel of record.  It is hereby

ORDERED that Mark C. Leffler be substituted for Hathaway as counsel of record in the cases on the attached list; it is further

ORDERED that, if Boleman receives a written statement electing to transfer legal representation to Hathaway from any of the debtors in the cases within the scope of this Order subsequent to the entry of this Order, Boleman is to transfer the Debtor's file, including the electronic data recorded in the Best Case software program, to Hathaway no later than the close of business on the day following Boleman's receipt of such written election statement and Boleman is to endorse and return any Order of Substitution within 24 hours of Hathaway tendering same to Boleman.

Date: _____                 _____
                                                         United States Bankruptcy Judge

[SIGNATURES OF COUNSEL ON FOLLOWING PAGE]

I ask for this:

/s/ Mark C. Leffler    (VSB# 40712)
Mark C. Leffler (VSB# 40712)
Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, Virginia 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

Seen and Agreed:

/s/ Deanna H. Hathaway
Deanna H. Hathaway VSB #44150
Hathaway Adair, P.C.
3412 Cutshaw Avenue
Richmond, VA 23230
Phone: (804) 257-9944

## **CERTIFICATION**

Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

/s/ Mark C. Leffler
Counsel for Debtors