# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re:  CLAUDE ARNOLD JARRELL, JR.             Case Number:  09-34268-KLP

       Debtor(s)                                        Chapter 13

**ORDER GRANTING MOTION FOR RELIEF FROM CO-DEBTOR STAY**

This matter came before the Court pursuant to The Fauquier Bank's (Movant's) Motion for Relief from Co-Debtor Stay (docket #104) with respect to a 2006 Toyota Highlander with VIN # JTEEW21A460030548;

Having heard from undersigned counsel and seeing there was no response, appearance, or opposition by the Co-Debtor, it is hereby

ORDERED that the Movant's Motion for Relief from Co-Debtor Stay with respect to a 2006 Toyota Highlander having VIN # JTEEW21A460030548 is hereby GRANTED and any further notice hereof is hereby waived pursuant to Bankruptcy Rule 4001(d)(4).

Date: Apr 24 2014

/s/ Keith L. Phillips
U.S. Bankruptcy Judge

Entered on Docket: Apr 25 2014

I ask for this:

*/s/ Robert Oliveri*
Robert Oliveri, Esquire
LAW OFFICE OF ROBERT OLIVERI
P.O. Box 839
Warrenton, Virginia 20188-0839
703-217-3379
*Counsel for The Fauquier Bank*

Local Rule 9022-1(C) Certification

      The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

*/s/ Robert Oliveri*
Robert Oliveri, Esquire

Case 09-34268-KLP    Doc 107    Filed 04/25/14    Entered 04/25/14 11:46:28    Desc Main
Document    Page 2 of 3

**PARTIES TO RECEIVE COPIES**

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218
*Chapter 13 Trustee*

Laura Taylor Alridge
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588
ecf@bolemanlaw.com
*Counsel for the Debtor*

Robert Oliveri, Esquire
Law Office of Robert Oliveri
P.O. Box 839
Warrenton, Virginia 20188-0839
robertolaw@comcast.net
*Counsel for The Fauquier Bank*

Claude Jarrell
29483 Raccoon Ford Road
Burr Hill, Virginia 22433-9998
*Debtor*

Karen Jarrell
29483 Raccoon Ford Road
Burr Hill, Virginia 22433-9998
*Co-Debtor*